# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America )
v. )
Dylan Bowling ) Case No.
)
)
)
)
Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __Dylan Bowling__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly enter or remain in any restricted building or grounds without lawful authority to do;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __10/30/2023__

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.10.30 13:26:28 -04'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) __10/30/23__, and the person was arrested on (date) __11/01/23__
at (city and state) __Mobile, AL__.

Date: __11/01/23__

*Arresting officer's signature*

SA Nicholas McConnell
*Printed name and title*