IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                    Plaintiff, )
                               )
VS.                            )        Cause No. 1:23-cr-00425-APM-1
                               )
                               )
DYLAN BOWLING                  )
                    Defendant. )

DEFENDANT'S POSITION ON SENTENCING

COMES NOW, the Defendant, Dylan Dowling, by and through his Attorney of Record,

Todd C. Mallette, Esq., and submits this Defendant's Position on Sentencing, to wit:

1.  That Defendant, Dylan Bowling, and his Counsel have read the Presentence
    Investigation Report (PSR) prepared by United States Probation Officer, Aidee
    Gavito, and have found no inaccuracies included therein,

2.  That the Defendant agrees that pursuant to USSG §1B1.9, the US Sentencing
    Guidelines do not apply to Count 3 & 4 of the indictment as each count are Class
    B misdemeanors,

3.  That the Defendant agrees and accepts that the maximum term of imprisonment
    on the guilty pleas to Count 3 & 4 of the indictment, Disorderly and Disruptive
    Conduct in a Capitol Building or Grounds and Parading, Demonstrating, or
    Picketing in a Capitol Building pursuant to 40 USC §§5104 (c) (2)(D) and 5104
    (c)(2)(G), respectively, is six (6) months imprisonment and that each of the
    offenses are Class B misdemeanors,

4.  That the Defendant understands that the maximum fine for Count 3 & 4 of the
    indictment is $5,000, as to each count,

5.   That Defendant understands that Ms. Gavito has recommended that the Defendant be sentenced to a period of two (2) years of probation, pay restitution in the amount of $500 and a mandatory special assessment of $10 for Count 3 & 4 of the indictment, as to each count,

6.   That the Defendant and his Counsel accept the conclusions and recommendation of Ms. Gavito and would request that the sentencing of the Defendant be as stated above,

7.   That the Defendant offers no valid excuse for his behavior and would ask that this Honorable Court accept his full and sincere apology for his conduct.

<u>CONCLUSION</u>

The Defendant respectfully submits his sentencing position to this Honorable Court and would pray that this Court accept and apply the recommendations of the United States Probation Office.

Respectfully Submitted,

/s/  Dylan Bowling

/s/ TODD C. MALLETTE, ESQ.
ATTORNEY FOR THE DEFENDANT
*(Appearing Pro Hac Vice)*
713 Dauphin Street
Mobile, AL  36602
Telephone: (251) 219-3847
Facsimile: (251) 432-0333

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 12th day of July 2024, a copy of the foregoing Pleading was served upon all interested parties by electronic delivery/ECF.

/s/  Todd C. Mallette
TODD C. MALLETTE